**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

VADIM MERKULOV,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03104-RFB-BNW

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Vadim Merkulov, has another habeas proceeding pending in this District: Vadim Merkulov v. Jason Knight, No. 3:26-CV-00718-RFB-CSD.

Accordingly, **IT IS HEREBY ORDERED** that, on or before **October 8, 2026**, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See Vadim Merkulov v. Jason Knight, No. 3:26-CV-00718-RFB-CSD.

The Clerk of the Court is kindly **DIRECTED** to update Petitioner's name on the docket to Vadim Merkulov.

**DATED:** October 5, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**